STATE OF NEW JERSEY v. ANTHONY PUCHALSKI.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER MUNOZ.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TEOFILO AYALA.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS AYRES.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LARCOME.

May 28, 1987.

Petition for certification denied.